**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01721-REB

MABRATU G. GUGSSA,

    Petitioner/Plaintiff

v.

ALBERTO R. GONZALES, Attorney General of the United States,
ROBERT MUELLER III, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, and
ROBERT MATHER, Denver District Director of United States Citizenship and
Immigrations Services,

    Respondents/Defendants.

**ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Motion To Dismiss** [#8], filed October 11, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Dismiss** [#8], filed October 11, 2007, is **GRANTED**;

    2.  That any pending motion is **DENIED** as moot; and

     3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated October 12, 2007, at Denver, Colorado.

                               **BY THE COURT:**

                               **s/ Robert E. Blackburn**
                               **Robert E. Blackburn**
                               **United States District Judge**